## NORMA CARROLL *v.* MANCHESTER MEMORIAL HOSPITAL
## (AC 15772)

Lavery, Schaller and Sullivan, Js.

Argued January 14—officially released February 3, 1998

Per Curiam. This case is controlled by *Childs* v. *Bainer*, 235 Conn. 107, 663 A.2d 398 (1995).

The judgment is affirmed.

## DEPARTMENT OF PUBLIC HEALTH *v.* THEODORE LENCZYK
## (AC 16472)

Lavery, Schaller and Sullivan, Js.

Argued January 14—officially released February 3, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* LARRY STOVALL, SR.
## (AC 16099)

Spear, Dupont and Daly, Js.

Argued January 12—officially released February 3, 1998

Per Curiam. The judgment is affirmed.